**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, LLC )<br>an Illinois Limited Liability Company, )<br>        Plaintiff, )<br>         )<br>   v. )<br>         )<br>HEWLETT-PACKARD COMPANY, )<br>a Delaware Corporation )<br>        Defendant. ) | No. 1:10-cv-01905 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, HELFERICH PATENT LICENSING, LLC, hereby files this notice of dismissal without prejudice, and accordingly dismisses the above captioned matter without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and in support states as follows:

1. Plaintiff filed this action on March 25, 2010; and

2. To date, Plaintiff has not served the Complaint, and Defendant has not served an answer or a motion for summary judgment.

WHEREFORE, for the foregoing reasons, this action is dismissed without prejudice.

RESPECTFULLY SUBMITTED this 21th day of July, 2010.

                        LAW OFFICES OF STEVEN G. LISA, LTD.

                        By: */s/ Timothy D. Sperling*
                              Timothy D. Sperling
                              Attorney for Plaintiff

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
Timothy Sperling (Ill. State Bar # 6283854)
James D. Busch (Ill. State Bar # 6299217)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956